UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**Rolando RAMOS-Valdez**<br><br>    Defendant. | Magistrate Case No. **'07 MJ 2258**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **September 07, 2007**, within the Southern District of California, defendant, **Rolando RAMOS-Valdez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **September 2007.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Friday, September 07, 2007, the defendant identified as Rolando RAMOS-Valdez was arrested by Officer M. Correa (#916) of the Brawley Police Department for an outstanding warrant and for "POSSESS/SELL SWITCH-BLADE KNIFE". Subsequently, the defendant was booked into the Imperial County Jail where Immigration Enforcement Agent Karl Krauchuk determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release.

On Tuesday, September 18, 2007, at approximately 8:15 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory Harrison conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico and having been deported or removed from the United States on at least two occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was a Lawful Permanent Resident of the United States at one time, but has since been deported or removed to Mexico. Record checks indicate that the defendant was ordered removed from the United States by an Immigration Judge on or about September 29, 2004 and removed to Mexico via the Nogales Port of Entry. These sources of information further revealed that the defendant has been issued a re-instatement of removal on February 21, 2007 and removed to Mexico via the Calexico Port of Entry. Record checks also indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" was utilized and compared the defendant's fingerprints to those contained in this database. The result confirmed the defendant's identity as Rolando RAMOS-Valdez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously deported to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Rolando RAMOS-Valdez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.