AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ROLANDO RAMOS-VALDEZ | CASE NUMBER: 07cr2893-LAB |

I, ROLANDO RAMOS-VALDEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Rolando Ramos_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY