# UNITED STATES DISTRICT COURT

Southern District of California
Office of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
(619) 557-6348

Visit our website at www.casd.uscourts.gov

---

**W. Samuel Hamrick, Jr.**
Clerk of Court

**Alan Counts**
Chief Deputy of Administration

**John Morrill**
Chief Deputy of Operations

**Michael Nagy**
Director of Information Technology

May 5, 2008



Rolando Ramos-Valdez
Reg. No. 73656-198
F.C.I. 37910 N. 45th Avenue
Phoenix, AZ 85086-7055

Case No. 07CR2893-LAB

Dear Mr. Ramos-Valdez,

I read your letter requesting clarification of the sentence imposed by the Honorable Larry Alan Burns on December 17, 2007. The Judgment and Commitment reflects a total of 30 months. I attached a copy of the Judgment and Commitment for your records.

I hope your concern about the computation of the sentence is clarified.

Sincerely,

T. Washam
Courtroom Clerk for the
Honorable Larry Alan Burns

07CR2893

*Chuck Judgment + resend accordingly. 4-18-08*
*LAB*
*4-30-08*

Honorable Judge Larry Burns
United States District Court,
Southern California
880 Front Street
San Diego, CA. 92101-8900

Received in Chambers
APR ... 2008
Hon. Larry A. Burns

Rolando Ramos-Valdez
#73656-198
F.C.I. 37910 N. 45th Ave.
Phoenix, AZ. 85086-7055

Honorable Judge Burns,

    I'm writing to you from F.C.I. Phoenix, where I'm currently serving a term within the Federal Bureau of Prisons. I appeared in your courtroom on 12/17/07 for sentencing on case #07CR2893-LAB. I am under the impression that I was given a sentence of 24 months, yet when I arrived here at F.C.I. the records office gave me a copy of my sentence computation, reflecting a sentence of 30 months. (See attached). I feel that this is an error. Please take a minute from your busy schedule to research this issue for me, and notify the records office, F.C.I. Phoenix of any errors you may find. Thank you ahead of time for your time and attention in this urgent matter.

                        Respectfully,

                        *Rolando Ramos*
                        Rolando Ramos-Valdez

```
   PHXUE   540*23  *           SENTENCE MONITORING          *    02-22-2008
PAGE 002          *             COMPUTATION DATA            *    18:05:35
                                AS OF 02-22-2008

REGNO..: 73656-198 NAME: RAMOS-VALDEZ, ROLANDO


------------------------CURRENT COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 01-11-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-15-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 12-17-2007
TOTAL TERM IN EFFECT............:     30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 09-07-2007

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     09-18-2007    12-16-2007

TOTAL PRIOR CREDIT TIME.........: 90
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 11-21-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-18-2010


PROJECTED SATISFACTION DATE.....: 11-21-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........: 01/15/2008, DSC/BLE/P; COMPUTATION CERTIFIED.




G0002         MORE PAGES TO FOLLOW . . .
```